# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-215
_____

DANNY T. MILLER,

Appellant,

v.

T. BARNE, Correctional Officer,
Santa Rosa Correctional
Institution; and JAMES COKER,
Warden, Santa Rosa
Correctional Institution,

Appellees.

_____

On appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Jr., Judge.

April 11, 2019

PER CURIAM.

DISMISSED.

WOLF, WINSOR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Danny T. Miller, pro se, Appellant.

Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Appellees.